Trout and Another *v.* Pappenheimer and Others.

APPEAL from the *Johnson* Common Pleas.

Ray, J.—The reversal of this case is asked for upon the evidence. We have carefully examined it, and do not feel

at liberty to disturb the finding. The question made by the appellants, as to whether a partnership actually existed between themselves, rendering them both liable, as partners, to the appellees, is not free from doubt; but there was evidence, which taken together with the testimony that the partner, who it seems is alone responsible, himself ordered a notice of the dissolution of the firm to be published, and his own admissions, would authorize such a conclusion, if the evidence of the appellants was not believed by the judge to whom the case was submitted.

The judgment is affirmed, with five per cent. damages and costs.

*S. P. Howe* and *D. W. Howe,* for appellants.

*T. W. Woolen, D. D. Banta* and *C. Byfield,* for appellees.